000 PRB SECURED BY SIGNATURES OF PARTS WITH HOME INCARCERATION ENFORCED BY
ION MONITORING (EM). DEFENDANT TO RESIDE WITH HIS COUSIN. DRUG TESTING & TREATMENT.
NDANT AND ANYONE IN THE HOME IS PROHIBITED FROM POSSESSING FIREARMS OR DANGEROUS
EAPONS; TRAVEL RESTRICTED TO SDNY/EDNY. SURRENDER TRAVEL DOCUMENTS & NO NEW
REPLACEMENTS.. DEFENSE COUNSEL TO TAKE STEPS TO APPLY WHATEVER ST. COURT BALANCE TO THIS BOND.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    10CR1180 PPP |
| MICHAEL JACKSON | ) | |
| *Defendant* | ) | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of _____ in cash and/or _____ (describe other security) if
$_____ secured by $_____ this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

_____
MICHAEL JACKSON
*Defendant's signature*

City and state: _____

JACQUELINE DIXON
*Property owner's printed name*

_____
*Property owner's signature*

SETH PAUL
*Property owner's printed name*

_____
*Property owner's signature*

Emerald Cesar
*Property owner's printed name*

_____
*Property owner's signature*

Angela Jackson
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*AUSA's signature*

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

MICHAEL JACKSON
_____
*Defendant's signature*

Date: _____

City and state: _____

JACQUELINE DIXON
_____
*Property owner's printed name*

_____
*Property owner's signature*

SETH PAUL
_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

Date: 12/22/10

Approved.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

_____
*AUSA's signature*

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: _____

City and state: _____

MICHAEL JACKSON
_____
Defendant's signature

_____ 12-22-10
Property owner's signature

_____
Property owner's signature

_____
Property owner's signature

_____
Property owner's signature

_____
Property owner's signature

_____
Property owner's signature

_____
Property owner's signature

JACQUELINE DIXON
_____
Property owner's printed name

SETH PAUL
_____
Property owner's printed name

_____
Property owner's printed name

_____
Property owner's printed name

_____
Property owner's printed name

_____
Property owner's printed name

_____
Property owner's printed name

Sworn and signed before me.

Date: __December 22, 2010__
at Brownsville, TX

Approved.

Date: _____

CLERK OF COURT
_____
Signature of Clerk or Deputy Clerk

_____
AUSA's signature

TOTAL P.03

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

MICHAEL JACKSON
_____
*Defendant's signature*

Date: _____

City and state: _____

JACQUELINE DIXON
_____
*Property owner's printed name*

_____
*Property owner's signature*

SETH PAUL
_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

_____
*Property owner's printed name*

_____
*Property owner's signature*

Sworn and signed before me.

*CLERK OF COURT*

Date: 12/22/10
_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: _____

_____
*AUSA's signature*

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

MICHAEL JACKSON
_____
Defendant's signature

Date:

City and state:

_____
Property owner's signature

JACQUELINE DIXON
_____
Property owner's printed name

_____
Property owner's signature

SETH PAUL
_____
Property owner's printed name

X _____
Property owner's signature

Emerald Cooper
_____
Property owner's printed name

_____
Property owner's signature

Angela Jackson
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

Date:

Approved.

Date:

_____
AUSA's signature

212 805 4068  P.02

JAN-06-2011  10:58        US DISTRICT COURT
LOCATION MONITORING (EM). DEFENDANT TO RESIDE WITH HIS ...
DEFENDANT AND ANYONE IN THE HOME IS PROHIBITED FROM POSSESSING FIREARMS OR DANGEROUS
WEAPONS, TRAVEL RESTRICTED TO SDNY/RDNY. SURRENDER TRAVEL DOCUMENTS & NO NEW
REPLACEMENTS  DEFENSE COUNSEL TO TAKE STEPS TO APPLY WHATEVER ST. COURT BALANCE TO THIS BOND

AO 5X (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| United States of America | ) | |
| v. | ) | Case No.   10CR1180 RPP |
| MICHAEL JACKSON | ) | |
| *Defendant* | ) | |

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of _____ (describe other security) if
$_____ secured by $_____ in cash and/or _____ for the service of any sentence imposed as may be this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Surety Information*  We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release*  We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

$250,000 ...
LOCATION MONITORING (STM). DEFENDANT AND POSSESSING FIREARM BY Page 8 of 11
DEFENDANT AND ANYONE IN THE HOME IS PROHIBITED FROM POSSESSING FIREARMS UR NEW
WEAPONS; TRAVEL RESTRICTED TO SDNY/EDNY. SURRENDER TRAVEL DOCUMENTS & NO NEW
REPLACEMENTS.. DEFENSE COUNSEL TO TAKE STEPS TO APPLY WHATEVER ST. COURT BALANCE TO THIS BOND.

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   10CR1180 RPP |
| | ) | |
| MICHAEL JACKSON | ) | |
| Defendant | ) | |

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of _____ (describe other security) if $_____ secured by $_____ in cash and/or _____ this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

US DISTRICT COURT

LOCATION MONITORING (EM). DEFENDANT TO RESIDE WITH HID ............. LOCATION MONITORING (EM). DEFENDANT TO RESIDE WITH HID ............ DEFENDANT AND ANYONE IN THE HOME IS PROHIBITED FROM POSSESSING FIREARMS OR DANGEROUS WEAPONS; TRAVEL RESTRICTED TO SDNY/EDNY. SURRENDER TRAVEL DOCUMENTS & NO NEW REPLACEMENTS... DEFENSE COUNSEL TO TAKE STEPS TO APPLY WHATEVER ST. COURT BALANCE TO THIS BOND.

AO 98 (Rev. 05/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT

## for the

## Southern District of New York

United States of America

v.

)
)
)     Case No.     10CR1180 RPP
)
)

MICHAEL JACKSON
_Defendant_

## AGREEMENT TO FORFEIT PROPERTY
## (OTHER THAN REAL PROPERTY) TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of _____ (describe other security) if
$ _____ in cash and/or _____
secured by $ _____ for the service of any sentence imposed as may be
this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be
noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

_Surety Information._  We understand that the court and the United States of America will rely on the surety
information in approving this agreement.

_Conditions of Release._  We state that we have either read all court-ordered conditions of release imposed on the
defendant or had them explained to us.

_Continuing Agreement._  Unless the court orders otherwise, this agreement remains in effect during any appeal
or other review until the defendant has satisfied all court notices, orders, and conditions.

_Exoneration of sureties._  This agreement is satisfied and ends if the defendant is exonerated on all charges or, if
convicted, the defendant reports to serve any sentence imposed.

_Forfeiture._  If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court
will immediately order the property forfeited and on motion of the United States of America may order a judgment that
forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

12/22/2010 01:27 FAX                                      ☒ 0003/0004

DEC-22-2010  13:14          US DISTRICT COURT                212 805 4060      P.03

AO 98 (Rev. 06/09) Agreement to Forfeit Property (Other than Real Property) to Obtain a Defendant's Release

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

MICHAEL JACKSON
_____
Defendant's signature

Date: _____

City and state: _____

JACQUELINE DIXON
_____
Property owner's printed name

_____         _____  12-22-10
Jacqueline Dixon
Property owner's signature

SETH PAUL
_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

_____
Property owner's printed name

_____
Property owner's signature

Sworn and signed before me.

Date: _December 22, 2010_
        at Brownsville, TX

Approved.

Date: _____

CLERK OF COURT
L. M. Warren
_____
Signature of Clerk or Deputy Clerk

_____
AUSA's signature

TOTAL P.03

