

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*





RECEIVED
FEB 03 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 3, 2012

BY FAX
The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/6/12

Re:   **United States v. Michael Jackson,**
      **No. 10 Cr. 1180 (RPP)**

Dear Judge Patterson:

      On January 5, 2012, the defendant pled guilty and the Court ordered him to surrender at the courthouse to the custody of the United States Marshals Service ("USMS") by 4:00 p.m. on February 7, 2012. The USMS informed me that a written court order would facilitate the USMS's intake of the defendant. Accordingly, the Government respectfully requests that the Court "so order" this letter.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

By: /s/ Alvin L. Bragg
    Alvin L. Bragg, Jr.
    Assistant United States Attorney
    (212) 637-1085

*So ordered*
*Robert P. Patterson*
*2/5/12*

cc: Sean Maher, Esq. (Counsel for Michael Jackson) (By Email)