UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                v.

Michael Jackson,

                Defendant.
----------------------------------------------------------X

**Order of Restitution**

**S2 10 Cr. 1180 (RPP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/12

    Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Alvin Bragg, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction in connection with the above-captioned matter; and all other proceedings in this case, it is hereby ORDERED that:

    1.    Michael Jackson, the Defendant, shall pay $380 in restitution to MTT Sales & Services Corp. ("MTT"), 285 East 170th Street, Bronx, New York 10456.

    2.    Upon advice of a change of address by MTT, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
       May 25, 2012

_____
THE HONORABLE ROBERT P. PATTERSON, JR.
UNITED STATES DISTRICT JUDGE

6.2011



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



May 25, 2012

BY FAX
The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Michael Jackson,
           S2 10 Cr. 1180 (RPP)

Dear Judge Patterson:

    The Government respectfully submits the attached proposed restitution order, which would require that the defendant pay restitution in the amount of $380 to MTT Sales & Services Corp. ("MTT"). MTT is the owner of the store at which the charged robbery occurred.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney

              By: _____
                     Alvin L. Bragg, Jr.
                     Assistant United States Attorney
                     (212) 637-1085

cc: Sean Maher, Esq. (By Email)