# THE LAW OFFICES OF SEAN M. MAHER, PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/14

December 11, 2014

**Fax: (212) 805-7917**

Honorable Robert P. Patterson
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RECEIVED
DEC 11 2014
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

RE:  United States v. Michael Jackson,
     Dkt. No. 10 Cr. 1180 (RPP)

Dear Judge Patterson:

As the Court is aware, I represented Mr. Jackson as CJA counsel through his sentencing. I am writing to inform the Court that Mr. Jackson has asked me raise two issues with the Court on his behalf. First, Mr. Jackson informed me that he has prepared and mailed a reply to the government's response to his *pro se* motion to amend his judgment and commitment order. The reply hopefully will be delivered to the Court any day. Second, Mr. Jackson has asked me whether I can represent him pursuant to the Criminal Justice Act in connection to his recently filed motion to amend his judgment and commitment order. It is my understanding that a new CJA appointment would be needed for me to resume working on his behalf. Accordingly, I respectfully request that the Court grant Mr. Jackson's request and reappoint me as CJA counsel to assist Mr. Jackson with the pending motion before the Court.

AUSA Gina Castellano has informed me that the government does not oppose my application for CJA reappointment.

Respectfully submitted,

Sean M. Maher

cc:  AUSA Gina Castellano (via email)
     Michael Jackson (via U.S. Mail)

233 BROADWAY, SUITE 801, NEW YORK, NEW YORK 10279
(212) 661-5333 • (212) 227-5808 FAX
WWW.SEANMAHERLAW.COM